**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JENNIFER MARIE WILLIAMS,

                  Plaintiff,

     -against-                                21 **CIVIL** 4565 (JW)

                                               **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                  Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Consent Order dated July 5, 2022, that this action be, and hereby is, reversed

and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings. Upon remand, the ALJ will be directed to offer

Plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York

       July 6, 2022


                                       **RUBY J. KRAJICK**

                                        **Clerk of Court**

          **BY:**      *K. Mango*

                                        **Deputy Clerk**